FLORIDA CENT. & P. R. CO. v. BELL et al. (Circuit Court of Appeals, Fifth Circuit. June 16, 1897.) No. 599. In Error to the Circuit Court of the United States for the Southern District of Florida. Before PARDEE and McCORMICK, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. This case is substantially the same as to facts with Oil Co. v. Bell, 82 Fed. 113. The rulings of the trial judge, the assignments of error, and the motion to dismiss and affirm are identical. For the same reasons, the motion to dismiss and affirm is denied.